Iglehart *v.* Wolfin, Sheriff, &c.

22 N. Y., 12; 14 Ill., 373; 23 Mo., 111; 30 Me., 594; 6 Cush., 424; 28 Conn., 289.

*Per Curiam.*—The judgment is affirmed, with 1 per cent. damages and costs.

*Wm. H. Combs,* for the appellant.

*W. H. Withers, John Morris,* and *Charles Cuse,* for the appellee.

---

IGLEHART *v.* WOLFIN, Sheriff, &c.

REDEMPTION—CONSTITUTIONAL LAW.—The act of *June* 4, 1861, (Acts Spec. Sess. 1861, p. 79,) providing for the redemption of real property sold upon execution, &c., so far as the same was intended to apply to sales on judgments rendered upon contracts existing at and before its passage, is in conflict with Art. I., § 10, of the Constitution of the United States, which prohibits the passage of any law impairing the obligation of contracts. See *Scobey* v. *Gibson,* 17 Ind., 572.

APPEAL from the *Vanderburgh* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed for the reasons given in *Scobey* v. *Gibson,* 17 Ind., 572. The points arising in the record of each case are substantially the same.

The judgment is reversed, with costs. Cause remanded.

*Asa Iglehart,* for the appellant.

*Chandler & Hynes,* for the appellee.